UNITED STATES BANKRUPTCY COURT
Northern District of Illinois .  Western Division

IN RE:  CHAPTER 13
JONATHAN P. TREUBIG
JILL L. HOLGERSON  CASE NO. 11-84138

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    JP Morgan Chase Bank NA       **Court claim #: 17**

**Last four digits** of any number used to identify the debtor's account: 6299

*Final Cure Amount*

| | | |
|---|---|---|
| Amount of Prepetition Arrears | $22,028.98 | (Per Creditor's Amended Proof of Claim) |
| | +   500.00 | (Allowed Cost of Collection) |
| Total | $22,528.98 | |
| Amount Paid by Trustee | $22,528.98 | |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   2/22/2017                    /s/Lydia S. Meyer
                                      Lydia S. Meyer, Trustee
                                      308 W. State St., Suite 212
                                      Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 22nd Day of February, 2017.

Dated:   2/22/17                      /s/Cynthia K. Burnard

JP MORGAN CHASE BANK NA
3415 VISION DR
OH4-7142
COLUMBUS, OH 43219

CHASE RECORDS CENTER
ATTN: CORRESPONDENCE MAIL
MAIL CODE LA4-5555 700 KANSAS LANE
MONROE, LA 71203

CHASE HOME FINANCE
C/O PIERCE & ASSOCIATES
ONE N. DEARBORN ST., #1300
CHICAGO, IL  60602

JONATHAN P. TREUBIG
JILL L. HOLGERSON
9878 DUNHILL DRIVE
HUNTLEY, IL  60142

DAVID H. CARTER
ATTORNEY AT LAW
308 W. STATE ST., SUITE 215
ROCKFORD, IL  61101